# Third District Court of Appeal

## State of Florida

Opinion filed February 8, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0493
Lower Tribunal No. 18-2669 SP

————————

**Pharus Funding LLC,**
Appellant,

vs.

**Coral Gables Holdings, LLC,**
Appellee.

An Appeal from non-final orders from the County Court for Miami-Dade County, Myriam Lehr, Judge.

Hazel Law P.A., and Robin F. Hazel (Hollywood), for appellant.

The Bernstein Law Firm, and Michael I. Bernstein and Matthew A. Savino, for appellee.

Before LOGUE, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.